**Order entered November 5, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00242-CR

**SERGIO MANUEL NAVA, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR12-1388**

## ORDER

The Court **REINSTATES** the appeal.

On October 20, 2014, we denied appellant's motion to extend time to file his brief and ordered the trial court to make findings regarding why the brief had not been filed. On November 3, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 20, 2014 order to the extent it requires findings.

We **GRANT** the November 3, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE
